UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNARDO BETTINELLI, <br> CAROL G. BETTINELLI, and <br> all others similarly situated, <br>                Plaintiffs, <br> v. <br><br> WELLS FARGO HOME <br> MORTGAGE, INC., <br>                Defendant. | NO. 09-11079-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter E. Gelhaar of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendant Wells Fargo Home Mortgage, Inc. in the above-captioned proceeding.

Respectfully submitted,

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO# 188310)
Michael S. D'Orsi (BBO# 566960)
Jocelyn L. Dyer (BBO# 660240)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617)720-2880
Facsimile: (617) 720-3554
peg@dcglaw.com

Dated: October 5, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on October 5, 2009.

/s/ Peter E. Gelhaar
Peter E. Gelhaar