UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNARDO BETTINELLI, CAROL G. BETTINELLI, and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br>Defendant. | NO. 09-11079-MLW |

### DEFENDANT'S MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

#### I. MOTION TO DISMISS

Defendant World Savings Bank FSB (now known as Wachovia Mortgage FSB), by its attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court for the entry of an order dismissing Plaintiffs' First Amended Complaint with prejudice. All six of Plaintiffs' Counts should be dismissed with prejudice for the following reasons, set forth in the accompanying Memorandum: (1) all Counts are preempted by federal law, (2) all Counts are barred by the applicable statutes of limitations, and (3) for all Counts, Plaintiffs fail to state a claim.

#### II. REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the court and wishes to be heard. Therefore, Plaintiff respectfully moves this Court for the entry of an order granting its request for oral argument.

Respectfully submitted,

/s/ Jocelyn L. Dyer
Peter E. Gelhaar (BBO# 188310)
Michael S. D'Orsi (BBO# 566960)
Jocelyn L. Dyer (BBO #660240)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554
jld@dcglaw.com

Mark B. Blocker (pro hac vice)
Robert N. Hochman (pro hac vice)
Michael C. Andolina (pro hac vice)
Ariella L. Omholt (pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: October 28, 2009

*Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for defendant conferred in good faith with counsel for plaintiffs in an effort to narrow or resolve the issues raised in this motion.

/s/ Jocelyn L. Dyer
Jocelyn L. Dyer

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on October 28, 2009.

/s/ Jocelyn L. Dyer
Jocelyn L. Dyer